# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERROL O. BOOTHE**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCATION,**
as Trustee for Stanwich Mortgage Loan Trust Series 2012-3,
Appellee.

No. 4D19-3430

[October 1, 2020]

Appeal of a non final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Judge; L.T. Case No. CACE12-025009(11).

Errol O. Boothe, Coconut Creek, pro se.

Chase A. Berger and Christopher Hellewell of Ghidotti|Berger, LLP, North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***